# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154609

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TORIAL BROWN,
        Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 154609
COA: 332987
Wayne CC: 04-001269-FC

_____/

On order of the Court, the application for leave to appeal the September 27, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



t0619

               Clerk